IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL ZAMARRIPA-TORRES, | ) | ORDER CONTINUING TRIAL AND |
| SERGIO HUMBERTO ZAMARRIPA- | ) | SCHEDULING CHANGE-OF-PLEA |
| TORRES, | ) | HEARINGS |
| | ) | |
| Defendants. | ) | |
| | ) | |

As the result of a conference call with counsel held today,

.IT IS ORDERED that:

1. the trial in the above-captioned matter is continued until further order of the court;

2. a change-of-plea hearing for Jose Manuel Zamarripa-Torres is scheduled to commence at 9:00 a.m. on March 14, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for said hearing; and

3. a change-of-plea hearing for Sergio Humberto Zamarripa-Torres is scheduled to commence at 11:00 a.m. on March 14, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for said hearing.

Dated March 7, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge