## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | ORDER ON UNOPPOSED |
| | ) | APPLICATION FOR EXTENSION |
| JOSE MANUEL ZAMARRIPA-TORRES, | ) | OF TIME TO FILE DOCUMENTS |
| | ) | PURSUANT TO PARAGRAPH 6 OF |
| | ) | THE ORDER ON SENTENCING |
| Defendants. | ) | SCHEDULE |
| | ) | |

IT IS ORDERED that the Unopposed Application for Extension of Time to File Documents Pursuant to Paragraph 6 of the Order on Sentencing Schedule, filing 44, is granted and the defendant is granted until May 19, 2006, to comply with paragraph 6 of the Order on Sentencing Schedule.

Dated May 16, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge