IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL ZAMARRIPA-TORRES, | ) | ORDER RESCHEDULING SENTENCING HEARING |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the sentencing hearing for the defendant Jose Manuel Zamarripa-Torres is rescheduled from May 31, 2006, to June 5, 2006, at 11:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing.

DATED this 24th day of May, 2006.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge