IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MANUEL ZAMARRIPA-TORRES, | ) ) ) | ORDER ON ORAL MOTION TO RESCHEDULE EVIDENTIARY AND SENTENCING HEARING |
| Defendants. | ) ) | |

Defendant's counsel has orally requested a continuance in the evidentiary and sentencing hearing in the above-titled case because of a conflict in his schedule. The government does not object to the continuance.

IT IS ORDERED that:

1. the defendant's oral motion to continue the evidentiary and sentencing hearing is granted;

2. the evidentiary and sentencing hearing shall commence at 9:30 a.m. on June 19, 2006, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated June 5, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge